1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10                                    )
   UNITED STATES OF AMERICA,          )
11                                    )    CR. NO. S-07-043-GEB
                                      )
12                 Plaintiff,         )
          v.                          )
13  NAISHA CHANTELL DAVIS,            )
                                      )
14                 Defendant.         )
   _____)
15                                    )
16  UNITED STATES OF AMERICA,         )
                                      )
17                                    )    CR. NO. S-07-050-WBS
                   Plaintiff,         )
18        v.                          )
   LAWRENCE HAROLD WILLIAMS,          )
19                                    )    MOTION TO RELATE CASES
                   Defendant.         )    AND PROPOSED ORDER
20  _____)

21

22        Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff

23  United States of America hereby notifies the Court of the filing

24  of a related case and the United States further moves that the case

25  be related.

26        On February 8, 2007, an Indictment was filed initiating case

27  number CR. S-07-043-GEB against Davis.  The Indictment charges

28  Davis with mail fraud (18 U.S.C. 1341), aggravated identity theft

                                      1

1  (18 U.S.C. 1028A), making a false claim to the Federal Emergency

2  Management Agency (FEMA) (18 U.S.C. 287), and false representation

3  of a social security number (42 U.S.C. 408).  Generally, Davis is

4  charged in connection with a scheme to steal FEMA disaster

5  assistance in the aftermath of Hurricane Katrina.  Davis is charged

6  with submitting a fraudulent application for federal (FEMA)

7  monetary aid.  Davis involved Lawrence Harold Williams, defendant

8  in case number CR. NO. S-07-050-WBS, in her charged fraudulent

9  acts.  Davis claimed Williams as a co-registrant to her fraudulent

10 FEMA application.  Also, Williams is the father of a female child

11 (approx. 2 years of age) that was listed on Davis' fraudulent FEMA

12 application.

13      On February 15, 2007, an Indictment was filed initiating case

14 no. CR. S-07-050-WBS against Williams.  The Indictment charges

15 Williams with mail fraud (18 U.S.C. 1341), making false claims to

16 FEMA (18 U.S.C. 287), theft of U.S. property (18 U.S.C. 641), and

17 making false statements (18 U.S.C. 1001).  Generally, Williams

18 (like Davis) is charged in connection with a scheme to steal FEMA

19 disaster assistance in the aftermath of Hurricane Katrina.

20 Williams is charged with submitting fraudulent applications for

21 federal (FEMA) monetary aid.

22      The United States submits that the recently charged matter

23 against Williams, Cr. 07-050-WBS, should be related before Judge

24 Burrell with the EARLIER charged case against Davis.  In each case

25 there is the same victim (FEMA), similar witnesses, related

26 defendants, related addresses, and a similar factual background.

27 Further, each defendant similarly is charged with mail fraud and

28 false claims concerning FEMA disaster assistance.  Each defendant

2

1  used background/i.d. information related to the other.  For

2  example, Davis claimed Williams as a co-registrant and she used a

3  derivation of his social security number.  Williams claimed a

4  former New Orleans address of Davis' mother as his primary

5  residence in a designated disaster area.

6      Accordingly, the United States submits that in each case,

7  there are related evidence issues, sentencing issues and/or similar

8  witness concerns.  Significantly, relation of the case concerning

9  Williams with the case already before the previously assigned

10 judicial officer (Judge Burrell) would help victim (FEMA)

11 representatives and witnesses deal with prosecutive and judicial

12 burdens.  In addition, relating the Williams matter with the

13 EARLIER case (against Davis) would be efficient for the U.S.

14 Probation Office.

16 Dated:  _____          2/15/2007          McGREGOR W. SCOTT

17                                   United States Attorney

18                                   /s/ Michelle Rodriguez

19 By:  _____

                                      MICHELLE RODRIGUEZ

20                                   Assistant U.S. Attorney

21  ---------------------------------------------

23                      **RELATED CASE ORDER**

24     Examination of the above-captioned matter, CR. NO. S-07-043-

25 GEB, and the criminal action in CR. NO. S-07-050-WBS reveals that

26 the actions are related within the meaning of Local Rule 83-123.

27 The actions involve similar transactions, including as to victims

28 and witnesses, and would therefore entail a substantial duplication

3

of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge.  No consolidation of the actions is effected.  Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-07-050-WBS is reassigned to Judge Burrell, for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:  February 16, 2007

GARLAND E. BURRELL, JR.
United States District Judge

4